# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

RONALD BARRY EVANS                                          PETITIONER

vs.                                          Civil Action No. 3:10-cv-148 HTW-LRA

WARDEN DALE CASKEY and
STATE OF MISSISSIPPI                                        RESPONDENTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained therein within ten (10) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636, and this court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this court.

**SO ORDERED, this the 23rd day of December, 2010.**

                                        s/ HENRY T. WINGATE
                                        UNITED STATES DISTRICT JUDGE